UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY GARCIA; MARIACRUZ VALENSIA GONZALEZ, individually and as guardian ad litem for her minor children, M.J.R, A.R.V., M.R., and J.A.G., and<br>JIMMY ANGEL GARCIA,<br><br>        Plaintiffs,<br><br>   v.<br><br>COUNTY OF RIVERSIDE; CITY OF EL MONTE; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 5:21-cv-01181-JGB-SHK<br><br>**Honorable Jesus G. Bernal**<br><br>**JUDGMENT FOR DEFENDANTS COUNTY OF RIVERSIDE, ARMANDO MUNOZ, AND NELSON GOMEZ** |

JUDGMENT

# JUDGMENT

Having granted the Motion for Judgment on The Pleadings of Defendant County of Riverside and having granted the Motion to Dismiss of Defendants Armando Munoz and Nelson Gomez,[1] the Court hereby ORDERS, ADJUDGES AND DECREES as follows:

1. Judgment is hereby entered in favor of Defendants County of Riverside, Armando Munoz, and Nelson Gomez [collectively referred to as "Defendants"] and against Plaintiffs Jimmy Garcia, Mariacruz Valensia Gonzalez, individually and as guardian ad litem for her minor children, M.J.R., A.R.V., M.R., and J.A.G., and Jimmy Angel Garcia [collectively referred to as "Plaintiffs"];

2. Plaintiffs shall take nothing by way of their First Amended Complaint against Defendants County of Riverside, Armando Munoz, and Nelson Gomez;

**IT IS SO ORDERED**.

Dated: September 13, 2022

_____
The Honorable Jesus G Bernal
United States District Judge

---

[1] See Order Granting Defendant's Motion for Judgment on the Pleadings and Granting Defendants' Motion to Dismiss (Dkt. No. 93).