UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY GARCIA; MARIACRUZ VALENSIA GONZALEZ, individually and as guardian ad litem for her minor children, M.J.R, A.R.V., M.R., and J.A.G., and JIMMY ANGEL GARCIA,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF RIVERSIDE; CITY OF EL MONTE; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 5:21-cv-01181-JGB-(SHKx)<br><br>**Honorable Jesus G. Bernal**<br><br>**JUDGMENT FOR DEFENDANTS CITY OF POMONA, MARK MEDELLIN, DANIEL WATKINS, TRAVIS JOHNSON, JOE HERNANDEZ, JEFF HAYWARD, EDGARD PADILLA, AND ZANE HOLMES (COLLECTIVELY, "POMONA DEFENDANTS") AND ANTHONY CARLEVARO** |

# JUDGMENT

Having granted the Motion to Dismiss filed by the "Pomona Defendants" and the Motion to Dismiss filed by Anthony Carlevaro,[1] the Court hereby ORDERS, ADJUDGES AND DECREES as follows:

1. Judgment is hereby entered in favor of Defendants City of Pomona, Mark Medellin, Daniel Watkins, Travis Johnson, Joe Hernandez, Jeff Hayward, Edgard Padilla, and Zane Holmes (collectively, "Pomona Defendants") and against Plaintiffs Jimmy Garcia, Mariacruz Valensia Gonzalez, individually and as guardian ad litem for her minor children, M.J.R., A.R.V., M.R., and J.A.G., and Jimmy Angel Garcia (collectively, "Plaintiffs");

2. Judgment is hereby entered in favor of Defendant Anthony Carlevaro and against Plaintiffs;

3. Plaintiffs shall take nothing by way of their First Amended Complaint against Pomona Defendants and Anthony Carlevaro.

**IT IS SO ORDERED**.

Dated:  September 28, 2022

_____
The Honorable Jesus G Bernal
United States District Judge

---

[1] See Order Granting Pomona Defendants' Motion to Dismiss and Anthony Carlevaro's Motion to Dismiss (Dkt. No. 104).